**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7796**

---

ERIC M. EVANS,

Plaintiff - Appellant,

versus

RON ANGELONE; W. J. TOWNLEY,

Defendants - Appellees,

and

MS. VASS, Nurse of Facility,

Defendant.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, Chief District Judge. (CA-94-1043)

---

Submitted: January 30, 1996          Decided: February 9, 1996

---

Before WIDENER, WILKINS, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Eric M. Evans, Appellant Pro Se. Susan Campbell Alexander, Assistant Attorney General, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Evans v. Angelone</u>, No. CA-94-1043 (W.D. Va. Oct. 4, 1995) and No. CA-94-1043(R) (W.D. Va. Apr. 27, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>